UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DANIEL LEE HENRY,

          Petitioner,

                                         CASE NO. 06-CV-15706
v.                                    HONORABLE AVERN COHN

BLAINE LAFLER,

          Respondent,

_____/

## <u>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL</u>

       Before the Court is Petitioner's motion for the appointment of counsel.  In support of his

request, Petitioner alleges that he is unable to afford counsel, that he has limited legal knowledge

and resources, that his case involves complicated factual and legal issues, and that counsel would

assist the Court in resolving his petition.

       Petitioner has no absolute right to be represented by counsel on federal habeas corpus

review.  *Abdur-Rahman v. Michigan Dept. of Corrections*, 65 F.3d 489, 492 (6th Cir. 1995); *see*

*also Wright v. West*, 505 U.S. 277, 293 (1992) (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555

(1987)).  "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the

court.  It is a privilege and not a right.'"  *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir.

1987) (quoting *United States v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)).  Petitioner has filed

his habeas petition and Respondent has not yet filed an answer nor submitted the state court

record.  Neither an evidentiary hearing nor discovery are necessary at this time, and the interests

of justice do not require appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C.

foll. § 2254, Rules 6(a) and 8(c).

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Petitioner's motion for appointment of counsel.  The Court will reconsider Petitioner's request if, following receipt of the state court record, the Court determines that appointment of counsel is necessary.  Petitioner need not file an additional motion concerning this issue.


   s/Avern Cohn                         
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  January 3, 2007


I hereby certify that a copy of the foregoing document was mailed to the parties of record and Daniel Henry, #463753, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880 on this date, January 3, 2007, by electronic and/or ordinary mail.


   s/Julie Owens                         
Case Manager, (313) 234-5160